COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-206-CV

HARRIS METHODIST SOUTHWEST HOSPITAL
 
APPELLANT

V.

TIFFANY KNIGHT
 APPELLEE

 
 

----------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties' “Agreed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by
 the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  WALKER, LIVINGSTON, AND GARDNER, JJ.  

DELIVERED: January 19, 2010  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.